STATE v. WILLARD HENSLEY, QUINCE MILLER, FREEDOM HIGGINS
AND JOE TIPTON.

(Filed 12 May, 1926.)

APPEAL by defendant, Willard Hensley, from *Harding, J.,* at October Term, 1925, of YANCEY.

Criminal prosecution tried upon four several indictments charging the appealing defendant and three others with three several assaults with deadly weapons and conspiracy, consolidated and tried together.

From a verdict of guilty on three of the charges and judgments pronounced thereon, the defendant, Willard Hensley, appeals, assigning errors.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*Charles Hutchins for defendant.*

PER CURIAM. The evidence is conflicting on the issue of guilt; it is purely a question of fact; the jury has determined the matter against the defendant; there is no reversible error appearing on the record; the exceptions relating to the admission and exclusion of evidence, and those to the charge, must all be resolved in favor of the validity of the trial; the case presents no new question of law, or one not heretofore settled by our decisions; the verdict and judgment will be upheld.

No error.